UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Hamre, | Case No. 19-cv-2641 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Melton et al., | |
| Defendants. | |

On June 4, 2020, the Court ordered that Plaintiff John Hamre "must advise the Court within ninety days of this Order of any efforts to comply with the initial partial fee order. Hamre's failure to do so will result in dismissal." The deadline has passed and Hamre has not communicated with the Court in any fashion since the Order was issued.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff John Hamre's application to proceed *in forma pauperis* in this action, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge